Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

_____ Division

Joseph Brian LeVault

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Florida Department of Education Division of Vocational
Rehabilitation / David E. Randolph SR.D.B.R. Consular

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names. Do not include addresses here.)

Case No. _____
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

- Name: Joseph Brian LeVault
- Address: 1561 Tellico Dr.
  - City: Lowell
  - State: MI
  - Zip Code: 49331
- County: Kent
- Telephone Number: 616-987-6725
- E-Mail Address: joe.levault@yahoo.com

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

**Defendant No. 1**

- Name: David E. Randolph SR.D.B.R. Consular
- Job or Title (if known):
- Address: 3191 Maguire Blvd Suite 244
  - City: Orlando
  - State: FL
  - Zip Code: 32803
- County: Orange
- Telephone Number: 407-204-7630
- E-Mail Address (if known): davidrandolph@vr.fldoe.org

[✔] Individual capacity  [ ] Official capacity

**Defendant No. 2**

- Name: Florida Department of Education Vocational Rehabilitation
- Job or Title (if known):
- Address: 325 west gaines st
  - City: Tallahassee
  - State: FL
  - Zip Code: 32399
- County: Leon
- Telephone Number: 850-245-0505
- E-Mail Address (if known): fldoe.org

[ ] Individual capacity  [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name
Job or Title *(if known)*
Address

_____  _____  _____
City                State               Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

Defendant No. 4
Name
Job or Title *(if known)*
Address

_____  _____  _____
City                State               Zip Code

County
Telephone Number
E-Mail Address *(if known)*

☐ Individual capacity    ☐ Official capacity

II. **Basis for Jurisdiction**

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)*, you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against *(check all that apply)*:

☐ Federal officials (a *Bivens* claim)

☑ State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials? 29 u.s.c. 794 section 504 of the Rehabilitation Act of 1973 see intentional Disability Discrimination

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.
Emotional inflection of emiotial distress and antenatal prevention from receiving any services offered by D.V.R.

## III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?
Over the phone and email's.

B. What date and approximate time did the events giving rise to your claim(s) occur?
12-15-2022 to 6-5-2023

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*
After Spinal Fusion surgery on Jan 7, 2019 my PTSD improved and I was able to have a normal life. With no symptoms until dealing with David E. Randolph. David E Randolf said I will not be able to take the Project Management Course, unless I supply him with a written statement from University of Central Florida. That states the Project management continuing education class is not covered under the Pell grant. During our initial Phone conversation on Dec 15 ,2022, Mr. Randolph brought up multiple times that I had applied for DVR services, I tried to explained to him that the information is wrong and has been written and it was obvious that he was not willing to help me. I sent the information to him that he requested and for weeks I left messages for him to call me back with no response. I contacted Thomas W. Clemons, Supervisor at State of Florida, January26, 2003. on that save date David E. Randolph called me and he set appointments up for all needed Medical Appointments and I completed and passed, just like any normal person. He kept demanding that I supplied him with the letter. Please See attached PDF Documents, please note David E. Randolf destroyed the emails that he sent me.

IV. **Injuries**

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

CPTSD that was gone, started to retutn with each contact with David E. Randolph and the statements that be brought up and the imposible task of the letter that he requested. Isupplied him with the application that needed to be submitted with payment to the University of Centrial Florida, At that time I asked for us to ony communicate in Text or email form. I have been to the emergency room twise for possible hart accacts, i am back stuttering when I speak. Memory loss, panic attacks, I had to go back on medications that I used in the past, no of which helped much. I can not sleep or eat, i can not longer hold a conversation with people, at times I can not dial a phone or even drive, I have lost my wife and friends because of my visible actions and the statements that i have made.

V. **Relief**

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

I am requesting due to my inability to speak a court appointed attorney or help finding one. I am asking the judge to wave the statute of limitations back to 2006, 2007, 2008 and 2012. The same or similar attacks happened when I asked for services from the Florida Department of Education Division of Vocational Rehabilitation. I am including in a pdf file the case from the Florida Department of Education Division of Vocational Rehabilitation from that time frame and a letter that my brother helped me write and send to the Senator of Michigan. "for years since July 2006 I was half Paralyzed and unable to walk correctly, I spent years in and out of the hospital for the P.T.S.D. and lived my live in a reclining chair, unable to communicate my needs to the medical profession to get the help I needed" Over those years I filed many civil rights complaints trying to get assistance for my issue. As you read these case notes I would like to state that in 2006 I had developed a business LeVault Builders LLC with all of the liability and workman's comp and I did pass the Florida builders license. We also had LeVault Builders business in Michigan building Developments with homes before I moved to Florida. We moved because my wife at the time had a brain injury similar to Trigeminal Neuralgia and the doctors said that we should move to a warmer clement to help with this issue. July of 2006 is when my spinal cord injury happened. I had a work-related accident in 1993, prior to that litigation I found a way to make a good living, it was discussed in court that those injuries could be brought up and was recommended by the court to look into Vocational Rehabilitation.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 08/28/2023

Signature of Plaintiff: *Joe LeVault*

Printed Name of Plaintiff: Joseph Brian LeVault

### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Address

City    State    Zip Code

Telephone Number
E-mail Address

Page 6 of 6